DEFENDANT:   BENJAMIN TAYLOR EDENS

YOB:   1984

COMPLAINT FILED?   __x__ Yes   _____ No

OFFENSE(S):   COUNT 1:   False Statement to a Firearms Dealer, 18 U.S.C. § 922(a)(6)

LOCAT. OF OFFENSE:   Archuleta County, Colorado

PENALTY:   COUNT 1:   NMT 10 years' imprisonment, $250,000 fine, or both; NMT 3 years' supervised release; $100 Special Assessment.

AGENT:   Taylor Cole, Special Agent, ATF

AUTH. BY:   Jeffrey K. Graves, Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__x__ five days or less   _____ over five days   _____ other

THE GOVERNMENT

__X__ **will seek** detention in this case based on 18 U.S.C. §§ 3142(f)(1)(E) & (f)(2)(B)

_____ will not seek detention

The statutory presumption of detention is **not** applicable to this defendant.

OCDETF CASE:   ___ Yes   _X_ No