## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Special Agent Taylor Cole, being duly sworn, hereby depose and state that the

following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF)

   and have been since 2022. I am assigned to the ATF Grand Junction Satellite Office, in

   Grand Junction, Colorado. I have participated in investigations involving various criminal

   violations including federal firearms, arson, explosives, and narcotics laws. I am a law

   enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18

   United States Code. As such, I am empowered to conduct investigations of, and to make

   arrests for, violations of federal law.

2. This affidavit is intended to set forth probable cause in support of the criminal complaint and

   arrest warrant and does not purport to set forth each and every fact known to me concerning

   this investigation. I have set forth facts that I believe are necessary to establish probable cause

   to believe that Benjamin Taylor EDENS has violated Title 18, United States Code, Sections

   922(a)(6), False Statement to Firearms Dealer.

3. The information contained within this affidavit is based on my training and experience, as well

   as information imparted to me by other law enforcement officers involved in this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

4. On or about January 8, 2025, Your Affiant was notified by Colorado Bureau of Investigation

   (CBI) that Benjamin Taylor EDENS, YOB 1984, was denied a firearm purchase on October

   12, 2024, at San Juan Trading Post located in Pagosa Springs, Colorado. According to CBI,

   the denial was due to prior felony convictions and mental health commitments flagged by the

   National Instant Criminal Background Check System (NICS).

1

5.  Your Affiant confirmed through the ATF Industry Operations Area Supervisor that San Juan
    Trading Post is a Federal Firearms Licensee (FFL).  As an FFL, San Juan Trading Post is
    able to sell firearms, as a licensed dealer, and was an active FFL on the day of the attempted
    purchase on October 12, 2024.

6.  ATF obtained a copy of the ATF Form 4473 ("the Form") that San Juan Trading Post
    submitted to CBI.  ATF Form 4473 is a Firearms Transaction Record form used for the
    purchase, sale or transfer of a firearm between an FFL and customer.  The buyer fills out the
    form and the seller submits the form through a standard background check with NICS and
    CBI State InstaCheck.  On EDENS' Form, San Juan Trading Post is identified as the
    "Seller", and EDENS is identified as the "Buyer".  Your Affiant observed a signature on the
    Buyer's designated signature line and a signature on the Seller's designated signature line.

7.  On February 26, 2025, ATF Agent Molinari and CBI Agent Scherr interviewed employees at
    San Juan Trading Post.  The agents interviewed M.M., the employee who assisted EDENS
    with EDENS' attempted firearm purchase on October 12, 2024.  M.M. recalled EDENS
    came into the store at approximately 5:15 p.m., because the store closed at 5:30 p.m.  M.M.
    recalled EDENS wanted M.M. to sell him the cheapest firearm he had in stock. EDENS
    decided to purchase an Eastern Arms Company, Model: Single Shot, 12-gauge shotgun, S/N:
    none.  M.M. observed EDENS fill out ATF Form 4473 with no assistance from anyone else.
    EDENS provided a Colorado driver's license for the purchase which was transcribed onto the
    Form.  NOTE: Agents queried available law enforcement databases for the Colorado driver's
    license used in this transaction.  The query confirmed the license belonged to EDENS.  For
    payment, M.M. recalled EDENS paid, but did not have enough money.  M.M. recalled a
    friend of EDENS paid the remaining balance.  Agent Scherr later confirmed this purchase

2

with receipts acquired through Pagosa Police Department.  Those receipts showed EDENS

paid $97.61 and a David Bowman paid $11.09 for the firearm.

8. During the February 26, 2025, follow-up investigation, San Juan Trading Post Manager

provided Agent Molinari with another copy of EDENS' ATF 4473 Form that San Juan

Trading Post submitted to CBI. On the Form, Your Affiant documented that EDENS

answered "no" to question 21.d. on the Form regarding prior felony convictions. An excerpt

from the Form is below:

| 21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions: | Yes | No |
|---|---|---|
| a. Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | [X] | [ ] |
| b. Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | [ ] | [X] |
| c. Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | [ ] | [X] |
| d. Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | [ ] | [X] |

9. The Form also included EDENS' name as the buyer and a signature below the text on the

Form requires the purchaser to certify their above answers are "true, correct, and complete"

and specifies that false statements on the Form are violations of federal law. San Juan

Trading Post employee M.M. observed EDENS sign the Form:

| | | 8. Check if any part of this transaction is to facilitate a private party transfer. | [ ] |
|---|---|---|---|
| **Section B - Must Be Completed Personally By Transferee/buyer** | | | |
| 9. Transferee's/Buyer's Full Name | (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".) | | |
| Last Name (including suffix, e.g., Jr, Sr, II, III) EDENS | First Name BENJAMIN | Middle Name TAYLOR | |

3

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.I. as well as 21.n. is prohibited from receiving, possessing, or purchasing a firearm. I understand that a person who answers "yes" to question 21.m.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.m.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
| --- | --- | --- | --- |
| | Month | Day | Year |
| | 10 | 12 | 2024 |

**Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)**

| 24. Category of firearm(s) to be transferred (check or mark all that apply): | 25. If sale or transfer is at a qualifying gun show or event: |
| --- | --- |
| [ ] Handgun  [X] Long Gun (i.e., rifle or shotgun)  [ ] Other Firearm (e.g., frame, receiver, etc.) | Name of Function: _____   County: _____  Address: _____  City, State, ZIP Code: _____ |

| 26.a. Identification (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.) | | | |
| --- | --- | --- | --- |
| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) | |
| | | Month | Day | Year |
| COLORADO DL | 023600047 | 11 | 28 | 2029 |

10. Your Affiant also reviewed security camera footage from CBI that had been provided by San Juan Trading Post. The footage shows a person wearing a red or crimson backwards baseball cap with facial hair and visible tattoos appear to attempt to purchase a firearm on October 12, 2024. Archuleta County Sheriff's Office Deputy Cody Mattice confirmed that the person in the surveillance video completing the transaction was EDENS based on Deputy Mattice's knowledge of EDENS' tattoos and mannerisms.

11. On or about February 19, 2025, your Affiant reviewed EDENS' criminal history in the National Crime Information Center (NCIC) and Colorado State Courts databases. According to these databases, EDENS has been convicted of the following two (2) felonies in Archuleta County, Colorado:

   A. 2009CR000071 – Controlled Substance False or Forged Order, a class 5 felony, under Colorado Revised Statute 18-18-415(1)(e). Sentenced to 2 years.

   B. 2020CR000035 –Violation of Bail Bond Conditions, a class 6 felony, under Colorado Revised Statute 18-8-212(1). Sentenced to 18 months.

## CONCLUSION

12. Based on the above information, your affiant submits that probable cause exists to believe

that on October 12, 2024, in the State and District of Colorado, Benjamin Taylor EDENS did

knowingly provide a false statement intended or likely to deceive a firearms dealer regarding

fact material to the lawfulness of the firearm sale, in violation of Title 18, United States

Code, Section 922(a)(6).   Accordingly, I respectfully request the issuance of a criminal

complaint charging this violation and an arrest warrant.

_/s/ Taylor Cole_____
Taylor Cole
Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Submitted, attested to, and acknowledged by reliable electronic means on March 5, 2025.

HON.JUDGE JAMES M. CANDELARIA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Affidavit reviewed and submitted by Lisa Franceware, Assistant United States Attorney.**